UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEWIS E. LAGRANT and ROSE M. LAGRANT,<br><br>  Plaintiffs,<br><br>  v.<br><br>BLACKMON'S, INC.,<br><br>  Defendant/Third-Party Plaintiff,<br><br>  v.<br><br>SAVAGE LIFE ENTERTAINMENT, LLC, SUPAUNIT, LLC and TRILL ENTERTAINMENT, LLC a/k/a Trill Music Group,<br><br>  Third-Party Defendants. | Case No. 12-cv-1012-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion for default judgment on the third-party claims filed by defendant/Third- Party Plaintiff Blackmon's, Inc. ("Blackmon's) (Doc. 46). The certificate of service does not indicate that Blackmon's has sent notice of the entry of default (Doc. 47) or a copy of the motion for default judgment by regular mail sent to the last known address of the defaulted parties, as required by SDIL Local Rule 55.1(a) and (b). For these reasons, the Court **DENIES without prejudice** the motion for default judgment (Doc. 46).

**IT IS SO ORDERED.**
**DATED: October 17, 2013**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**