UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEWIS E. LAGRANT and ROSE M. LAGRANT,<br><br>    Plaintiffs,<br><br>        v.<br><br>BLACKMON'S, INC.,<br><br>    Defendant/Third-Party Plaintiff,<br><br>        v.<br><br>SAVAGE LIFE ENTERTAINMENT, LLC, SUPAUNIT, LLC and TRILL ENTERTAINMENT, LLC a/k/a Trill Music Group,<br><br>    Third-Party Defendants. | Case No. 12-cv-1012-JPG-DGW |

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal (doc. 50). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) a plaintiff may dismiss an action without a court order pursuant to a stipulation signed by all parties. Here, parties have presented a stipulation of dismissal signed by all parties to the plaintiff's claims. Pursuant to the parties' stipulation, those claims are **DISMISSED** with prejudice and the Court **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. The third-party claims remain pending.

DATED: November 14, 2013

                                        *s/J. Phil Gilbert*
                                        UNITED STATES DISTRICT JUDGE