UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LEWIS E. LAGRANT and ROSE M. LAGRANT,

    Plaintiffs,

    v.

BLACKMON'S, INC.,

    Defendant/Third-Party Plaintiff,

    v.

SAVAGE LIFE ENTERTAINMENT, LLC, SUPAUNIT, LLC and TRILL ENTERTAINMENT, LLC a/k/a Trill Music Group,

    Third-Party Defendants.

Case No. 12-cv-1012-JPG-DGW

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of defendant/third-party plaintiff Blackmon's, Inc. for default judgment against third-party defendants Savage Life Entertainment, LLC, SupaUnit LLC and Trill Entertainment, LLC on the third-party claims for contribution (Doc. 51). The third-party defendants were defaulted on October 15, 2013 (Doc. 47). The motion for default judgment filed by Blackmon's is supported by an affidavit requesting judgment in the amount of $15,000. The Court held a hearing on the motion to determine the appropriate amount of damages due from each defendant. Based on the information received at the hearing, the Court **GRANTS** the motion for default judgment (Doc. 51) and **DIRECTS** the Clerk of Court to enter judgment on the third-party claims in favor of Blackmon's and against each third party defendant in the amount of $5,000, for a total judgment of $15,000.

**IT IS SO ORDERED.**
**DATED: December 16, 2013**

                              s/J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**